THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

October 1, 2024

*Via* **ECF**

The Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Tevin George,* 22 Cr. 640 (KMK)

Dear Judge Karas,

As the Court is away, I was appointed to represent Tevin George in the aforementioned case pursuant to the Criminal Justice Act ("CJA"). I write to request that Shannon McManus, an associate in my office, be permitted to appear on my behalf at the scheduled October 2, 2024, status conference. Unfortunately, I have come down with the flu and will not be able to attend. We have spoken to Mr. George and he consents to having Mr. McManus stand in on my behalf.

The Court has appointed Mr. McManus to represent Mr. George in this matter, he is fully aware of the facts in this case, and has appeared on Mr. George's behalf alongside me at numerous conferences.

For the foregoing reasons, I request that the Court permit Mr. McManus to appear on my behalf at the scheduled October 2, 2024, status conference.

Respectfully Submitted,

/s/

César de Castro

Granted. Feel better.

So Ordered.
10/2/24

cc:   Jennifer Ong
      Ryan Allison
      Margaret Vasu
      *Assistant United States Attorneys* (*via* ECF)