UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

TEVIN GEORGE,

                      Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 640 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

      Please find attached a transcript of the February 10, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated:  February 20, 2025
          White Plains, New York

                                          Respectfully submitted,

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge

February 20, 2025

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                            **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge